472 A.2d 251

Commonwealth v. Sirois, Appellant.

Submitted November 4,

1983. James David Casale, for appellant; Kenneth D. Brown, District Attorney, for Commonwealth, appellee.

Before ROWLEY, BECK and MONTGOMERY, JJ.

Judgment of sentence affirmed.